# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

CLINTON ROSS,

    Plaintiff,

v.                               Case No. 4:19cv589-MW/CAS

MARK INCH, et al.,

    Defendants.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 14, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 15. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's amended complaint, ECF No. 6, is **DISMISSED** for failure to state a claim upon which relief may granted pursuant to 28 U.S.C. § 1915(e)(2). The

Clerk shall note on the docket that this cause is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)." The Clerk shall also close the file.

**SO ORDERED on March 25, 2020.**

**s/ MARK E. WALKER**
**Chief United States District Judge**